# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STRUDEL HOLDINGS LLC and AVR AH LLC,<br><br>       Debtors.[1] | Chapter 11<br><br>Case No. 23-90757 (CML)<br><br>(Jointly Administered) |
| AVR AH LLC; STRUDEL HOLDINGS LLC; CHARIF SOUKI; and KARIM SOUKI, CHRISTOPHER SOUKI, and LINA RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST.<br><br>       Appellants,<br><br>v.<br><br>NINETEEN77 CAPITAL SOLUTIONS A LP; BERMUDEZ MUTUARI, LTD; WILMINGTON TRUST NATIONAL ASSOCIATION, and UBS O'CONNOR LLC,<br><br>       Appellees. | Civil Action No. 24-cv-1378 |

## NOTICE OF ENTRY OF MEDIATION ORDER AND TOLLING OF DEADLINES

**PLEASE TAKE NOTICE THAT**, on May 1, 2024, the Clerk entered a Notice of Deficiency [Docket No. 2] indicating that the record on appeal had not been filed and that the court may dismiss the appeal if the deficiency was not cured.

**PLEASE TAKE FURTHER NOTICE THAT**, on April 22, 2024, the Bankruptcy Court entered the *Agreed order (I) Appointing the Honorable Judge Marvin Isgur as Mediator, (II) Requiring Parties to Maintain Confidentiality of Mediation Communications, and (III) Granting*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: AVR AH LLC (0148) and Strudel Holdings LLC (5426). The Debtors' service address is: PO Box 4068, Aspen, CO 81612.

*Related Relief* [Adv. Pro. No. 23-9003, Docket No. 143, Bankr. S.D. Tex.] (the "<u>Mediation Order</u>"). A copy of the Mediation Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Mediation Order, all deadlines related to this appeal were temporarily abated and tolled during the Mediation Period (as defined in the Mediation Order). *See* Mediation Order ¶6(c)(iii).

Dated: May 14, 2024

Respectfully submitted,

*/s/ Timothy S. McConn*
R. Paul Yetter
State Bar No. 22154200
Timothy S. McConn
State Bar No. 24032713
Jamie A. Aycock
State Bar No. 24050241
Amy C. Farish
State Bar No. 24097818
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000
pyetter@yettercoleman.com
tmcconn@yettercoleman.com
jamieaycock@yettercoleman.com
afarish@yettercoleman.com

*Counsel to Charif Souki and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, in their capacities as trustees of the Souki Family 2016 Trust and Special Counsel for the Debtors and Debtors in Possession*

**PORTER HEDGES LLP**

Joshua W. Wolfshohl (TX Bar No. 24038592)
Heather K. Hatfield (TX Bar No. 24050730)
Aaron J. Power (TX Bar No. 24058058)
1000 Main St., 36th Floor
Houston, TX 77002
Tel: (713) 226-6000
Fax: (713) 226-6248
jwolfshohl@porterhedges.com
hhatfield@porterhedges.com
apower@porterhedges.com

*Bankruptcy Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed and served on all persons entitled to receive notice via operation of this Court's CM/ECF system on May 14, 2024.

*/s/ Timothy S. McConn*
Timothy S. McConn