IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>STRUDEL HOLDINGS LLC and AVR AH LLC,<br><br>　　　　　　Debtors,<br><br>AVR AH LLC, *et al.*,<br><br>　　　　　　Appellants.<br><br>------------------------------------------------<br><br>AVR AH LLC; STRUDEL HOLDINGS LLC; CHARIF SOUKI; and KARIM SOUKI, CHRISTOPHER SOUKI, and LINA RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST,<br><br>　　　　　　Appellants,<br><br>NINETEEN77 CAPITAL SOULTIONS A LP; BERMUDEZ MUTUARI, LTD.; WILMINGTON TRUST NATIONAL ASSOCIATION, and UBS O'CONNOR, LLC,<br><br>　　　　　　Appellees. | CIVIL ACTION NO. H-24-1378<br><br>ADVERSARY CASE NO. 23-09003 |

## ORDER OF DISMISSAL

The parties' motion to dismiss appeal, (Docket Entry No, 4), is granted. This appeal is dismissed.

SIGNED on September 4, 2024, at Houston, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　United States District Judge